U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 3 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| Plaintiff, *Pro Se,* | § | **Case No. 4-26CV-950-P** |
| | § | |
| v. | § | |
| | § | Related Case No. 4:26-cv-00381-O |
| **JPMORGAN CHASE BANK, N.A.,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **J.P. MORGAN SECURITIES LLC,** | § | AAA Case No. 01-26-0000-7215 |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.1(c) of the Northern District of Texas, Plaintiff Joshua David Sappi Biering, proceeding *pro se*, files this Certificate of Interested Persons and Corporate Disclosure Statement. The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case.

### I.    PARTIES

1) **Joshua David Sappi Biering** — Plaintiff, *Pro Se.*

2) **J.P. Morgan Securities LLC** — Defendant; registered broker-dealer and FINRA member firm; filer of the Forms U5 and U4 at issue.

3) **JPMorgan Chase Bank, N.A.** — Defendant; wholly owned subsidiary and banking affiliate of JPMorgan Chase & Co.

4) **JPMorgan Chase & Co.** — Defendant; publicly held parent corporation (NYSE: JPM).

1

## II. OTHER ENTITIES FINANCIALLY INTERESTED IN THE OUTCOME

5) **J.P. Morgan Broker-Dealer Holdings Inc.** — direct parent of J.P. Morgan Securities LLC; not a party.

6) **JPMorgan Chase Holdings LLC** — direct parent of J.P. Morgan Broker-Dealer Holdings Inc. and wholly owned subsidiary of JPMorgan Chase & Co.; not a party.

7) **The Vanguard Group, Inc.** — investment adviser, not itself a publicly held corporation, which has reported that registered investment companies, other pooled investment vehicles, and institutional accounts it or its subsidiaries sponsor, manage, or advise hold aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co. Disclosed by Defendants in the related action. Not a party.

8) **Financial Industry Regulatory Authority (FINRA)** — sponsoring body of the underlying arbitration, No. 24-01208, and the self-regulatory organization that maintains the Central Registration Depository records at issue; not a party to this action.

9) **Raymond James & Associates, Inc.** — wholly owned subsidiary of Raymond James Financial, Inc. (NYSE: RJF), a publicly traded corporation; Plaintiff's current employer. Disclosed for financial-interest purposes only; not a party to this action.

10) **Insurers of Defendants** — any insurance carrier providing liability coverage to any Defendant for the claims asserted in this action. Their identities are not presently known to Plaintiff, who will supplement this certificate upon learning them.

11) **Litigation funding** — Plaintiff has had preliminary discussions with one or more litigation-funding entities. No funding agreement has been executed, and no such entity presently holds any interest in the outcome of this case. Plaintiff will supplement this certificate if that changes.

## III. COUNSEL FOR DEFENDANTS

12) **Greenberg Traurig, LLP** — counsel of record for Defendants in the related action, No. 4:26-cv-00381-O-BP, and appearing in AAA Case No. 01-26-0000-7215.

   a. **Elizabeth A. Bones**, Texas Bar No. 24074026 — 2200 Ross Avenue, Suite 5200, Dallas, TX 75201; beth.bones@gtlaw.com; (214) 665-3600.

b. **Jennifer Tomsen**, Texas Bar No. 24064535 — 1000 Louisiana Street, Suite 6700, Houston, TX 77002; tomsenj@gtlaw.com; (713) 374-3500.

13) **UB Greensfelder LLP** (f/k/a Ulmer & Berne LLP) — co-counsel of record for Defendants in the related action and counsel for Respondent in FINRA Arbitration No. 24-01208.

a. **Jeffrey S. Dunlap**, Ohio Bar No. 0067923, admitted *pro hac vice* — Skylight Office Tower, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113-1448; jdunlap@ubglaw.com; (216) 583-7000.

b. **Kyle W. Rea**, Ohio Bar No. 0101812, admitted *pro hac vice* — Skylight Office Tower, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113-1448; krea@ubglaw.com; (216) 583-7000.

c. **Heidi E. VonderHeide** — UB Greensfelder LLP, Chicago, Illinois; counsel for J.P. Morgan Securities, LLC in FINRA Arbitration No. 23-03445.

## IV. PRIOR COUNSEL FOR PLAINTIFF

14) **Iacuone McAllister Potter PLLC** — former counsel for Plaintiff; representation limited to the FINRA arbitrations. No appearance in this action.

a. **Joshua J. Iacuone**, Texas Bar No. 24036818 — 4925 Greenville Avenue, Energy Square One, Suite 1112, Dallas, TX; josh@imcplaw.com; (214) 960-2832.

b. **Greg McAllister**, Texas Bar No. 24071191 — greg@imcplaw.com; (214) 432-1662.

## V. ARBITRATION PANELS IN THE UNDERLYING PROCEEDINGS

### A. FINRA Arbitration No. 24-01208:

15) **Eric Ross Cromartie** — Public Arbitrator, Presiding Chairperson.

16) **Christine Rister** — Public Arbitrator.

17) **Alison Battiste Clement** — Non-Public Arbitrator.

### B. FINRA Arbitration No. 23-03445:

18) **Peter M. Cosel** — Public Arbitrator, Presiding Chairperson.

19) **Daniel B. MacLeod** — Public Arbitrator.

20) **Mitchel Weiss** — Public Arbitrator.

## VI. RELATED CASES AND PROCEEDINGS

Plaintiff discloses the following related judicial, arbitral, and administrative proceedings arising from the same employment relationship, CRD records, and factual nucleus. A separate notice of related case is filed under LR 3.3.

21) *Biering v. J.P. Morgan Securities, LLC, et al.*, No. 4:26-cv-00381-O-BP (N.D. Tex., Fort Worth Div.) — petition to confirm the FINRA award in No. 24-01208; judgment entered (Dkt. 54, 55). Pending.

22) *Biering v. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.*, FINRA Arbitration No. 24-01208 — underlying arbitration; Award served December 29, 2025.

23) *Biering v. J.P. Morgan Chase Bank, N.A.*, EEOC Charge No. 450-2024-04743 — administrative employment-discrimination proceeding arising out of the same employment relationship.

24) *Biering v. JPMorgan Chase & Co., et al.*, AAA Case No. 01-26-0000-7215 — employment arbitration before the American Arbitration Association, presently held in abeyance; continued abeyance noticed July 8, 2026. Greenberg Traurig, LLP has appeared. Pending.

25) *Biering v. J.P. Morgan Securities, LLC*, FINRA Arbitration No. 23-03445 — unopposed customer-complaint expungement proceeding as to Occurrence No. 2204024; Award served October 25, 2024. Concluded.

26) *Biering v. J.P. Morgan Securities, LLC*, Cause No. 096-360735-25 (96th Judicial District Court, Tarrant County, Texas) — unopposed petition to confirm the expungement award in FINRA No. 23-03445. Final Judgment confirming the award and ordering expungement of Occurrence No. 2204024 was signed January 9, 2025, and finally disposed of all parties and all claims. Concluded.

27) *Biering v. Lindsey, Perry, Borer, Agather, and Reeb*, Cause No. DC-24-15770 (191st Judicial District Court, Dallas County, Texas) — Rule 202 proceeding.

## VII.     CORPORATE DISCLOSURE STATEMENT

The following statements identify parent corporations and publicly held ownership interests under Federal Rule of Civil Procedure 7.1(a).

28) **J.P. Morgan Securities LLC** is a wholly owned subsidiary of J.P. Morgan Broker-Dealer Holdings Inc., which is in turn a wholly owned subsidiary of JPMorgan Chase Holdings LLC, which is in turn a wholly owned subsidiary of JPMorgan Chase & Co. No publicly held corporation owns 10% or more of J.P. Morgan Securities LLC.

29) **JPMorgan Chase & Co.** is a publicly held corporation (NYSE: JPM). It has no parent corporation, and no publicly held corporation owns 10% or more of its stock. As Defendants have themselves disclosed in the related action, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage, or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

30) **JPMorgan Chase Bank, N.A.** is a wholly owned subsidiary of JPMorgan Chase & Co. (NYSE: JPM). No other publicly held corporation owns 10% or more of JPMorgan Chase Bank, N.A.

31) **Plaintiff Joshua David Sappi Biering** is an individual proceeding *pro se*. He is not a corporation, has no parent corporation, and no publicly held corporation owns any interest in him.

Respectfully submitted,

_____
**JOSHUA DAVID SAPPI BIERING**
Plaintiff, *Pro Se*

**Dated**: August 3, 2026

## CERTIFICATE OF SERVICE

Plaintiff is opening this action by paper filing in the Fort Worth Division of this Court. Defendants have not yet been served with process. Plaintiff will serve the Summons, Complaint, and this Certificate on each Defendant by delivery to its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201, in accordance with Federal Rule of Civil Procedure 4. CT Corporation System is the registered agent of record in the State of Texas for J.P. Morgan Securities LLC, JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co.

As a courtesy, and without waiver of any requirement of formal service, a copy of this Certificate is being transmitted by electronic mail to counsel who have appeared for these Defendants in the related action:

**JOSHUA DAVID SAPPI BIERING**
Plaintiff, *Pro Se*

**Dated**: August 3, 2026