

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 3 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| Plaintiff, *Pro Se,* | § | |
| v. | § | Case No. _____ |
| | § | |
| | § | **4-26CV-950-P** |
| **JPMORGAN CHASE BANK, N.A.,** | § | Related Case No. 4:26-cv-00381-O |
| **JPMORGAN CHASE & CO., and** | § | FINRA Case No. 24-01208 |
| **J.P. MORGAN SECURITIES LLC,** | § | EEOC Charge No. 450-2024-04743 |
| | § | AAA Case No. 01-26-0000-7215 |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF RELATED CASE

Plaintiff Joshua David Sappi Biering, *pro se,* files this Notice of Related Case under Local Civil Rule 3.3(a).

### I.    THE RELATED CASE

The related case is styled *Joshua David Sappi Biering v. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.,* Civil Action No. 4:26-cv-00381-O-BP, in the United States District Court for the Northern District of Texas, Fort Worth Division.

The presiding judge in the related case is Chief United States District Judge Reed O'Connor, and the matter was referred to United States Magistrate Judge Hal R. Ray, Jr.

The related case is no longer pending before the district court: on July 31, 2026, the Court entered its Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and confirming the arbitration award (Dkt. 54), together with its Final Judgment (Dkt. 55). As of the date of this Notice, no notice of appeal has been

filed, and the time to appeal under Federal Rule of Appellate Procedure 4(a)(1)(A) has not expired.

## II.   BASIS FOR RELATEDNESS

This action is related to the case identified above under Local Civil Rule 3.3(b)(3) only, and Plaintiff did not dismiss the related action or refile it after dismissal. Local Civil Rule 3.3(b)(1), (b)(2), and (b)(4) do not apply.

## III.   SCOPE OF THIS NOTICE

The related action was a summary proceeding under the Federal Arbitration Act to confirm, modify, or vacate an arbitration award, and it shares background facts with this action. Plaintiff files this Notice solely to satisfy Local Civil Rule 3.3 and to inform the Court's assignment process.

Plaintiff does not concede, and does not state, that the claims pleaded in this action were adjudicated, could have been adjudicated, or were within the scope of the related action. Defendants themselves took the position in that proceeding that the Court "does not have jurisdiction over collateral issues and parties never before the Arbitration Panel," No. 4:26-cv-00381-O-BP, Dkt. 48, and the confirmed award states that it makes no determination as to two of the three Defendants named here.

Nothing in this Notice waives, limits, or concedes any position on preclusion, claim scope, arbitrability, forum, or the identity, capacity, or role of any party.

Respectfully submitted,

_____
JOSHUA DAVID SAPPI BIERING
Plaintiff, *Pro Se*

**Dated**: August 3, 2026

# CERTIFICATE OF SERVICE

Plaintiff is opening this action by paper filing in the Fort Worth Division of this Court. Defendants have not yet been served with process. Plaintiff will serve the Summons, Complaint, and this Certificate on each Defendant by delivery to its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201, in accordance with Federal Rule of Civil Procedure 4. CT Corporation System is the registered agent of record in the State of Texas for JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., and J.P. Morgan Securities LLC.

As a courtesy, and without waiver of any requirement of formal service, a copy of this Certificate is being transmitted by electronic mail to counsel who have appeared for these Defendants in the related action:

_____
JOSHUA DAVID SAPPI BIERING
Plaintiff, *Pro Se*

**Dated**: August 3, 2026