Case 4:26-cv-00950-P-BJ Document 7 Filed 08/05/26 Page 2 of 6 PageID 52

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00950-P-BJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __________
was received by me on (*date*) __________.

☐ I personally served the summons on the individual at (*place*) __________ on (*date*) __________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) __________, a person of suitable age and discretion who resides there, on (*date*) __________, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) CT Corporate System, Reg. Agent, who is designated by law to accept service of process on behalf of (*name of organization*) JP Morgan Securities LLC on (*date*) 8/6/2026; or

☐ I returned the summons unexecuted because __________; or

☐ other (*specify*) __________

My fees are $ 100- for travel and $ 100- for services, for a total of $ 200-

I declare under penalty of perjury that this information is true.

Date: 8/6/2026

[signature]
Server's signature

John Jenkins, Server
Printed name and title

14813 Gladstone Dr., Aledo, Tx 76008
Server's address

Additional information regarding attempted service, etc: