**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT F.01

## FINRA Letter Removing Statutory Claims
## F.01-001 – 002

---

**Description:** FINRA arbitration correspondence or procedural filing from the case record.

**Relevance:** Documents the procedural history bearing on forum scope, panel administration, or pre-award notice issues.

**Source:** FINRA Dispute Resolution Services – Sept. 6, 2024 letter re statutory claims

**Petition Ref:** ¶¶ 3, 86 (Dkt. 11); App. A p. 51 (“FINRA Letter directing deletion of statutory claims (Sept. 6, 2024)”)

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

Case 4:26-cv-00381-O-BP Document 20-7 Filed 04/29/26 Page 2 of 112 PageID 596

FINRA

**TO:** Joshua J. Iacuone, Esq.

**CC:** Jeffrey S. Dunlap, Esq.

**From:** Aracelly Y. Hernandez
Case Specialist

**Subject:** FINRA Dispute Resolution Services Arbitration Number 24-01208
Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC

**Date:** September 6, 2024

In accordance with FINRA rules, a statutory employment discrimination, sexual assault, or sexual harassment claim may be arbitrated only if the parties have agreed to arbitrate it either before or after the dispute arose. A statutory employment discrimination, sexual assault, or sexual harassment claim may also be arbitrated if a court of competent jurisdiction has ordered the parties to arbitrate.

We have received the pre-dispute arbitration agreement attached to Claimant's Statement of Claim filed on June 3, 2024. Upon review, the agreement specifies that statutory employment discrimination claims are to be arbitrated at AAA. Absent a post-dispute agreement to arbitrate or a court order compelling arbitration at FINRA, we do not have jurisdiction over these claims.

Please amend your Statement of Claim by deleting all causes of action or requests for relief based on statutory employment discrimination, sexual assault, or sexual harassment by September 20, 2024 or this case will be closed without prejudice.

Please disregard the arbitrator ranking forms that were sent to the parties on July 24, 2024. These ranking forms were sent in error. New ranking forms will be sent at a later date.

If you have any questions, please do not hesitate to contact me at 212-858-4388 or by email at Aracelly.Hernandez@finra.org.

AXB:axb:LC53A
idr: 02/18/2020

RECIPIENTS:
Joshua J. Iacuone, Esq., Iacuone McAllister Potter PLLC, 4925 Greenvi
Dallas, TX 75206
On Behalf Of: Joshua D. Biering

Case 4:26-cv-00381-O-BP Document 20-7 Filed 04/29/26 Page 3 of 112 PageID 597

CC:
Jeffrey S. Dunlap, Esq., UB Greensfelder LLP, 1660 West 2nd Street, Suite 1100, OH 44114-1406
On Behalf Of: J.P. Morgan Securities, LLC