# TABLE OF CONTENTS OF APPENDIX

The appendix is consecutively paginated App. 0001 through App. 0992 and is filed in four volumes: Volume 1, App. 0001-0280; Volume 2, App. 0281-0609; Volume 3, App. 0610-0853; Volume 4, App. 0854-0992. Each tab opens with a divider page bearing the tab title and the page range that follows. Relied-upon passages are marked and bracketed in the margin.


| VOL. | APPENDIX PAGES | DESCRIPTION |
|---|---|---|
| 1 | App. 0001-0008 | Executed Declaration of Joshua David Sappi Biering |
| 1 | App. 0009-0016 | FINRA Award |
| 1 | App. 0017-0027 | Award-Confirmation Orders and Judgment |
| 1 | App. 0028-0070 | EEOC Position Statement |
| 1 | App. 0071-0074 | EEOC Charge of Discrimination |
| 1 | App. 0075-0080 | Form U5 (Filed December 22, 2023) |
| 1 | App. 0081-0111 | Employee Relations Investigation File and Communications |
| 1 | App. 0112-0127 | Career/Performance Track and Global Security Expense Investigation |
| 1 | App. 0128-0131 | ER Opening/Closing Memoranda and Findings |
| 1 | App. 0132-0142 | ER Intake and Escalation Records |
| 1 | App. 0143-0280 | Stewart Support/Leave Texts; Disability, EAP, Leave, and FMLA Records |
| 2 | App. 0281-0357 | Performance Scorecards, Self-Assessment, and Peer-Review Feedback |
| 2 | App. 0358-0364 | Merrill Recruiting Records |
| 2 | App. 0365-0373 | Resignation Workflow, Notice-Period, and Termination-Call Records |
| 2 | App. 0374-0413 | Pre- and Post-Filing Demand and Objection Correspondence |
| 2 | App. 0414-0516 | FINRA Pleading and Claim-Narrowing Records |
| 2 | App. 0517-0529 | JPMS FINRA Prehearing Brief |
| 2 | App. 0530-0531 | Compensation Records |
| 2 | App. 0532-0547 | Form W-2 and Payroll Records |
| 2 | App. 0548-0566 | Personnel and Employment Records |
| 2 | App. 0567-0594 | Complaint-Routing, BOLO, Security, and Closure Records |
| 2 | App. 0595-0603 | Third-Party and Client Communications |

| VOL. | APPENDIX PAGES | DESCRIPTION |
|---|---|---|
| 2 | App. 0604-0609 | Client-Book Allocation and Fort Worth Finance Records |
| 3 | App. 0610-0614 | Recruiting/Compliance Text Communications |
| 3 | App. 0615-0623 | May 2023 Registration-Disclosure and Disability Records |
| 3 | App. 0624-0659 | U4/U5 Direction and Employee-Support Records |
| 3 | App. 0660-0662 | Pre-Interview Termination-Forecast Record |
| 3 | App. 0663-0714 | Personnel, Reporting-Line, Disability, and Lifecycle Records |
| 3 | App. 0715-0717 | ERC Text-Message Records |
| 3 | App. 0718-0750 | Merrill Briefing and FINRA Hearing Testimony Supplements |
| 3 | App. 0751-0757 | Aughinbaugh Cross (Relied Excerpts) |
| 3 | App. 0758-0776 | Notice-Period Policy and Restrictions |
| 3 | App. 0777-0796 | RFT/U5 Narrative and Registration Routing |
| 3 | App. 0797-0853 | Payroll, Hours, Staffing, and Personnel-System Records |
| 4 | App. 0854-0856 | Redacted Client Declaration |
| 4 | App. 0857-0883 | Comparator Materials |
| 4 | App. 0884-0886 | Energy-Sector and Related Economic Records |
| 4 | App. 0887-0895 | State-Agency Inquiry Materials |
| 4 | App. 0896-0908 | Damages and Mitigation Records |
| 4 | App. 0909-0917 | Defendants' Federal Motion-to-Compel / Admission Excerpts |
| 4 | App. 0918-0923 | JPMorgan Chase & Co. 2023 Form 10-K Enterprise-Scale Excerpt |
| 4 | App. 0924-0942 | Supplemental Leave and Post-Termination ER-Review Records |
| 4 | App. 0943-0973 | ER Investigation Chronology Supplement |
| 4 | App. 0974-0992 | Global Security Expense Sequence Supplement |

## KEY RECORD CITATIONS

This section is provided solely to assist the Court in locating principal portions of the record. The supporting brief supplies the argument and controlling citations. Page references below correspond to the consecutively paginated appendix and omit tab divider pages.

| RECORD SUBJECT | PRINCIPAL APP. CITE(S) | MARKED PASSAGES |
|---|---|---|
| Form U5: discharge classification and Questions 7B and 7F disclosures | App. 0076-0080 | Form U5 |
| FINRA Award and adjudicated Form U5 findings; award-confirmation orders and judgment | App. 0010-0016; 0018-0027 | Award; orders and judgment |
| Pre-interview termination-forecast record, October 27, 2023 | App. 0661-0662 | Highlighted communication |
| U4/U5 direction records, October 28, 2023 | App. 0625-0659 | Highlighted direction records |
| RFT routing, manager approvals, and U5 narrative, November 29, 2023 | App. 0778-0796 | Highlighted routing and approval pages |
| Employee Relations investigation file, intake and escalation, closing memorandum and termination recommendation, and chronology supplement | App. 0082-0111; 0129-0131; 0133-0142; 0944-0973 | Selected marked pages within cited ranges |
| Global Security expense investigation sequence, closure, and supplement | App. 0113-0127; 0975-0992 | Selected marked pages within cited ranges |
| Leave, disability, EAP, and FMLA notice record | App. 0144-0280; 0616-0623; 0664-0714; 0925-0942 | Selected marked pages within cited ranges |
| Performance scorecards, self-assessment, and peer-review feedback, September and October 2023 | App. 0282-0357 | Marked scorecard, self-assessment, and peer-review pages |
| Resignation workflow, notice-period policy, and termination-call records | App. 0366-0373; 0759-0776 | Principal policy and communication pages |
| Complaint-routing, BOLO, and closure records; third-party communications concerning anticipated termination and replacement; June 8, 2023 text-message record | App. 0568-0594; 0596-0603; 0716-0717 | Highlighted communication and text-message pages |
| Merrill recruiting and withdrawal record; FINRA hearing testimony excerpts; comparator, damages, and admission records | App. 0359-0364; 0719-0757; 0858-0883; 0897-0908; 0910-0917 | Selected and highlighted record, testimony, and admission pages |