# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,**<br><br>Plaintiff, *Pro Se,*<br>v.<br><br>**JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., and J.P. MORGAN SECURITIES LLC,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.** 4:26-cv-00950-P-BJ<br><br>Related Case No. 4:26-cv-00381-O<br>FINRA Case No. 24-01208<br>EEOC Charge No. 450-2024-04743<br>AAA Case No. 01-26-0000-7215 |

**PLAINTIFF'S NOTICE OF DELIVERY OF BENCH COPY OF DKT. 15**

Plaintiff J Plaintiff Joshua David Sappi Biering, *pro se*, gives notice that on August 25, 2026, a representative acting on Plaintiff's behalf delivered to the Chambers of the Honorable Jeffrey L. Cureton, United States Magistrate Judge, a bench copy of Dkt. 15 and Dkt. 15-1 through Dkt. 15-6 for transmittal to the Chambers of the Honorable Mark T. Pittman, United States District Judge. The binder duplicates the CM/ECF filings without substantive change. The CM/ECF filings remain the operative record.

For the Court's convenience, Plaintiff has included copies of Dkt. 33 and Dkt. 34 from Related Case No. 4:26-cv-00381-O. Those filings identify native-format exhibits K.11c, M.01b, V.04a, and S.01a, consisting of 29 FINRA audio files, ZOOM0004–ZOOM0033. The Clerk's Office confirmed by email on August 24, 2026, that the related case native-format USB remains available to Chambers upon request.

Respectfully submitted,

Joshua David Sappi Biering

**Joshua David Sappi Biering,**
Plaintiff, *Pro Se*

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2026, this Notice was filed through CM/ECF, which automatically served all counsel of record.

I further certify that on August 25, 2026, a representative acting on Plaintiff's behalf delivered to the Chambers of the Honorable Jeffrey L. Cureton, United States Magistrate Judge, for transmittal to the Chambers of the Honorable Mark T. Pittman, United States District Judge, one bench-copy binder containing Dkt. 15 and Dkt. 15-1 through Dkt. 15-6.

The Clerk's Office confirmed by email on August 24, 2026, that the materials identified in Related Case No. 4:26-cv-00381-O, Dkt. 33 and Dkt. 34 remain available to Chambers upon request.

Respectfully submitted,

Joshua David Sappi Biering

**Joshua David Sappi Biering**,
Plaintiff, *Pro Se*

**Enclosures:**

1. Related case Dkt. 33 (supplemental exhibits, native audio, USB slip, and courtesy-copy binders)
2. Related case Dkt. 34 (notice of local USB)