**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | **Case No. 4:26-cv-00950-P-BJ** |
| *Plaintiff, Pro Se,* | § | |
| v. | § | Related Case No. 4:26-cv-00381-O |
| **JPMORGAN CHASE BANK, N.A.,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **J.P. MORGAN SECURITIES LLC,** | § | AAA Case No. 01-26-0000-7215 |
| Defendants. | § | |

*Plaintiff's*

# MOTION FOR PARTIAL SUMMARY JUDGMENT

*Federal Rules of Civil Procedure 56(a) and 56(g)*

**BENCH COPY BINDER · DOCKET NO. 15 AND SUBPARTS**

| | |
|---|---|
| **Dkt. 15** | Plaintiff's Motion for Partial Summary Judgment |
| **Dkt. 15-1** | Brief in Support (Rule 56(a) and Rule 56(g)) |
| **Dkt. 15-2** | Appendix in Support · Cover, Index, Volume Guide |
| **Dkt. 15-3** | Appendix Volume 1 · App. 0001–0280 |
| **Dkt. 15-4** | Appendix Volume 2 · App. 0281–0609 |
| **Dkt. 15-5** | Appendix Volume 3 · App. 0610–0853 |
| **Dkt. 15-6** | Appendix Volume 4 · App. 0854–0992 |

*Consecutively paginated record evidence · Total 992 appendix pages*

Filed August 18, 2026 · Eldon B. Mahon United States Courthouse

Presiding: Hon. Mark T. Pittman, U.S. District Judge · Hon. Jeffrey L. Cureton, U.S. Magistrate Judge

**Delivered to Chambers of Hon. Jeffrey L. Cureton, U.S. Magistrate Judge**

*Joshua David Sappi Biering · Plaintiff, Pro Se*
4635 Washburn Avenue · Fort Worth, Texas 76107 · (682) 218-6738 · jdsb@bierfam.com