**U.S. DISTRICT COURT**

N.D. TEX. · FORT WORTH

# 4:26-cv-00950-P

Presiding
**Hon. Mark T. Pittman**
*U.S. District Judge*

Assigned Magistrate
**Hon. Jeffrey L. Cureton**
*U.S. Magistrate Judge*

# DOCKET NO. 15

## MOTION FOR PARTIAL SUMMARY JUDGMENT

**BIERING**

*v.*

**JPMORGAN CHASE BANK, N.A., *et al.***

DELIVERED TO CHAMBERS OF
**Hon. Jeffrey L. Cureton**
U.S. Magistrate Judge
*Bench Copy · Chambers Courtesy*