**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING**, | § | |
| Petitioner, *Pro Se,* | § | |
| v. | § | **Case No.** 4:26-cv-00381-O-BP |
| | § | |
| **J.P. MORGAN SECURITIES, LLC, JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A.,** | § | FINRA Case No. 24-01208<br>EEOC Charge No. 450-2024-04743<br>AAA Case No. 01-26-0000-7215 |
| | § | |
| Respondents. | § | |

## PETITIONER'S NOTICE OF FILING SUPPLEMENTAL EXHIBITS, NATIVE AUDIO, USB DRIVE SLIP, AND JUDGE'S COURTESY COPY BINDERS

## I. INTRODUCTION

1. Petitioner Joshua David Sappi Biering ("Petitioner"), proceeding *pro se*, respectfully files this Notice to submit supplemental exhibits (Attachments 1 through 3), the USB drive slip, and the Judge's courtesy copy binder set in support of his Amended Verified Petition to Vacate Arbitration Award [Dkt. 11, filed April 13, 2026].

## II. SUPPLEMENTAL EXHIBITS, NATIVE AUDIO, AND USB DRIVE SLIP

2. Attachment 1 consolidates Series E, J, K, N, O, R, T, and U. Attachment 2 consolidates Series X. Attachment 3 consolidates Series S; S.01a is the native Zoom audio disclosure slip, S.01b is the key excerpts index, and the remaining witness packets and reserved placeholders follow in hearing order. The USB drive slip accompanies the media described below.

3. Series X (Attachment 2) presents comparator arbitration awards and related federal court decisions establishing that J.P. Morgan Securities, LLC has a documented pattern of weaponizing Form U-5 disclosures to inflict career-ending reputational damage on departing

advisors who assert legal rights. See, e.g., Becht v. JPMS, FINRA Arb. No. 23-03185 (Exhibit X.02a); Han v. JPMS, FINRA Arb. No. 18-02978 (Exhibit X.02b); Luckett v. JPMS, FINRA Arb. No. 19-03075 (Exhibits X.02c.i–iii). The Luckett matter resulted not only in a FINRA award against Respondents, but in a subsequent federal court confirmation order — confirming that the conduct at issue here is neither novel nor isolated. The Wilson-Stainback internal record (Exhibit X.01) further impeaches the testimony of key JPMS witnesses regarding the "well-documented performance" pretext.

4. The supplemental exhibits augment the evidentiary record previously filed at Dkt. 20 through Dkt. 25. They include regulatory correspondence, arbitrator disclosure and prehearing orders, internal HR records, EEOC charge documentation, fee-and-cost materials, and AAA appendices. Series P materials were filed separately on the district court record (including at Dkt. 22) and are not repackaged in Attachment 2. The sealed USB drive contains the corresponding media for K.11c (termination call audio) and the Series S audio set referenced by S.01a.

## III. JUDGE'S COURTESY COPY BINDERS

5. To facilitate the Court's review of this voluminous record, Petitioner has delivered two binders directly to Chambers:

6. Binder 1 of 2: Amended Verified Petition [Dkt. 11] through Exhibit Series Q, with the sealed USB drive and drive slip enclosed inside the front cover.

7. Binder 2 of 2: Exhibit Series R through Y (including the consolidated Series S transcript attachment) and Appellate Supplement (AAA) materials.

8. The binder split keeps the operative petition and the earlier docketed exhibit series together in Binder 1, while placing the later exhibit series (including the consolidated transcript attachment) and the Appellate Supplement (AAA) materials in Binder 2.

## IV. CONCLUSION

9. For the foregoing reasons, Petitioner respectfully requests that the Court take notice of the supplemental exhibits, the consolidated Series S transcript attachment, the sealed USB drive and drive slip, and the Judge's courtesy copy binder set.

Respectfully submitted,

Joshua David Sappi Biering,
Petitioner, *Pro Se*

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING**,<br><br>Petitioner, *Pro Se,*<br>v.<br><br>**J.P. MORGAN SECURITIES, LLC, JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A.,**<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.** 4:26-cv-00381-O-BP<br><br>FINRA Case No. 24-01208<br>EEOC Charge No. 450-2024-04743<br>AAA Case No. 01-26-0000-7215 |

## PETITIONER'S NOTICE OF NATIVE FORMAT EXHIBITS (USB DRIVE)

1. Pursuant to N.D. Tex. Local Civil Rule 79.2 and the Court's electronic filing requirements, Petitioner Joshua David Sappi Biering ("Petitioner") respectfully files this Notice of Native Format Exhibits. The exhibits identified below are submitted in their native electronic format on USB flash drives. These files cannot be meaningfully rendered as PDF for CM/ECF without loss of evidentiary integrity; physical media submission is therefore required to preserve the authentic record.

### I. USB DRIVE COPIES

2. Two identical USB drives have been prepared containing the same native-format exhibits and SHA-256 manifest:

3. Chambers Copy — Enclosed in a sealed envelope in the front cover pocket of Judge's Courtesy Copy Binder 1, delivered directly to the Chambers of the Honorable Reed O'Connor.

4. Clerk's Office Copy — Companion drive submitted to the Clerk of Court contemporaneously with this Notice.

## II. NATIVE EXHIBITS ON USB DRIVE

5. **K.11c (MP3 / M4A)** — Dec. 1, 2023 Termination Call – Native Audio. The recorded call during which Petitioner was terminated. This recording directly contradicts Respondents' characterization of the termination discussion and the U-5 disclosure.

6. **M.01b (native source file)** — Spindler damages analysis. The underlying financial model supporting the expert damages opinion of Michael Spindler.

7. **V.04a (native source file)** — Oct. 2023 performance scorecard. The native scorecard data underlying Exhibit V.04, establishing Petitioner's documented top-performer status at the time of his termination.

8. **S.01a ref (MP3 × 29 files)** — FINRA Hearing Audio – ZOOM0004 through ZOOM0033 (Dec. 3–5, 11–12, 15, 2025). The authentic source recordings for all Series S transcript excerpts. Ten witnesses, six hearing days. See Exhibit S.01a Native Audio Slip Sheet for the complete file manifest and SHA-256 checksums.

## III. CHAIN OF CUSTODY AND AUTHENTICITY

9. Each USB drive contains unaltered, true, and correct copies of each source file. SHA-256 cryptographic checksums for every file are documented in the digital manifest on the drive. The K.11c recording was made on December 1, 2023, by Petitioner during the termination call and has been continuously preserved since that date. The FINRA hearing recordings (ZOOM0004–ZOOM0033) were generated by the FINRA-administered Zoom platform during the arbitration proceedings and represent the official digital record of witness testimony.

Respectfully submitted,

Joshua David Sappi Biering

Joshua David Sappi Biering
Petitioner, *Pro Se*

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | Arbitration Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

*JUDGE'S COURTESY COPY*

# BINDER 1 OF 2

## Amended Verified Petition [Dkt. 11] and Exhibits A–Q

---

| | |
|---|---|
| **Tab 2:** | Amended Verified Petition [Dkt. 11] |
| **Tab 3:** | Exhibit Series A–F — Arbitration award, submissions, pleadings, regulatory correspondence |
| **Tab 4:** | Exhibit Series G–J — Motions to compel, arbitrator selection, congressional correspondence |
| **Tab 5:** | Exhibit Series K–Q — Termination communications, HR records, damages expert, EEOC, performance |
| **Media:** | Sealed USB drive (K.11c, M.01b, V.04a, S.01a ref) enclosed in front cover pocket |
| **Prepared for:** | The Honorable Reed O'Connor, NDTX Fort Worth Division |

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | Arbitration Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

*JUDGE'S COURTESY COPY*

# BINDER 2 OF 2

## Exhibits R–Y, Series S Transcript Attachment, and AAA Appendices

---

| | |
|---|---|
| **Tab 2:** | Exhibit Series R — Fee and cost schedule |
| **Tab 3:** | Consolidated Series S Transcript Attachment — 6 hearing days, 10 witnesses (~300 pp.) |
| **Tab 4:** | Exhibit Series T–U — HR service tickets, FMLA, personnel file, investigation records |
| **Tab 5:** | Exhibit Series V–Y — Performance scorecards, annual reviews, communications, comparator awards |
| **Tab 6:** | AAA Appendices A–I — AAA Statement of Claim and related correspondence |
| **Prepared for:** | The Honorable Reed O'Connor, NDTX Fort Worth Division |

# JUDGE'S COURTESTY COPY

## BINDER 1 of 2

**BIERING**,
Petitioner, *Pro Se,*

v.

**J.P. MORGAN SECURITIES, *et al.***
Respondents.

Case No. 4:26-cv-381-O
N.D. Tex., Fort Worth Div

## CONTENTS

Am. Petition (Dkt. 11)
+ Exhibits A – Q

# JUDGE'S COURTESTY COPY

## BINDER 2 of 2

**BIERING**,
Petitioner, *Pro Se,*

v.

**J.P. MORGAN SECURITIES, *et al.***
Respondents.

Case No. 4:26-cv-381-O
N.D. Tex., Fort Worth Div

## CONTENTS

Exhibits R – Y
+ AAA Supp.