UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSHUA DAVID SAPPI BIERING,**

**Plaintiff,**

**v.** **No. 4:26-cv-00950-P-BJ**

**JP MORGAN CHASE BANK, N.A., ET AL.,**

**Defendants.**

# ORDER

On September 14, 2026, the United States Magistrate Judge issued several orders: denial of Plaintiff's Motion to Advance Count I for Speedy Threshold Judicial Determination (ECF No. 34); denial of Plaintiff's Emergency Motion for a Date-Certain Ruling as moot (ECF No. 35); grant of Defendants' Motion to Strike Emergency Summary Judgment Motion (ECF No. 36); and denial of Plaintiff's Motion to Stay (ECF No. 37) (collectively, the "Orders"). The same day, Plaintiff filed objections to the Orders ("Objections"). ECF No. 38. The Court has conducted a *de novo* review of the pleadings and record, the Magistrate Judge's Orders, Plaintiff's Objections, and the applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. The Court **ADOPTS** the reasoning in the Magistrate Judge's Orders and **OVERRULES** Plaintiff's Objections. The Court declines to grant any other relief requested by Plaintiff.

**SO ORDERED** on this **21st day of September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE